**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CRIMINAL NO. 24-29-1** |
| | : | |
| **KHALIL DICKENS** | : | |

**ORDER**

**AND NOW**, this **23rd** day of **November 2026**, upon consideration of Defendant Khalil Dickens' *pro se* Motion to Extend Deadline for 60 Days for Filing of 28 U.S.C. § 2255 (the "Defendant's Motion") (ECF No. 66), and the docket, it is hereby **ORDERED** that Defendant's Motion (ECF No. 66) is **DENIED** for the reasons stated in the accompanying memorandum opinion.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**